| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | |
|---|---|
| **Plaintiff(s)**  JIM HUFFMAN<br>v.<br>**Defendant(s)** FARMINGTON CASUALATY COMPANY | DATE FILED: April 30, 2014 9:50 AM<br>CASE NUMBER: 2014CV30257 |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2014CV30257<br>Division: 18         Courtroom: |
| **Order: Order re: Unopposed Motion for Extension of Time Within Which to Answer or Otherwise Respond to the Complaint** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date:  4/30/2014

*[signature]*

DEBORAH J GROHS
District Court Judge

Exhibit 4-8

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO<br><br>270 S. Tejon<br>Colorado Springs, CO 80903 | |
| **Plaintiff:**<br><br>JIM HUFFMAN<br><br>vs.<br><br>**Defendant:**<br><br>FARMINGTON CASUALTY COMPANY | ☐ COURT USE ONLY ☐<br><br>Case No:   2014CV30257<br><br>Division:   18 |
| **ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** | |

THIS MATTER, coming before the Court on Defendant Farmington Casualty Company's Unopposed Motion for Extension of Time Within Which to Answer or Otherwise Respond to the Complaint, and the Court being fully advised in the premises,

HEREBY GRANTS Defendant Farmington Casualty Company an extension of time through and including May 30, 2014, within which to answer or otherwise respond to the Complaint.

DONE this __ day of _____, 2014.

_____
District Court Judge